**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MEADOWCREST LIVING CENTER, L.L.C.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-3210 "R" (5)** |
| | * | |
| **HANOVER INSURANCE COMPANY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**MOTION TO STRIKE DEFENDANT'S MOTION *IN LIMINE***
**TO STRIKE THE TESTIMONY AND EXPERT REPORT OF BERT VERDIGETS**

**MAY IT PLEASE THE COURT:**

On March 2, 2007 (*i.e.*, 1 year and 4 months ago), Meadowcrest Living Center, L.L.C.'s ("Meadowcrest") accounting expert, Bert Verdigets ("Verdigets"), issued an expert report detailing Meadowcrest's Business Interruption and Extra Expense losses due to Hurricane Katrina. The Scheduling Order in place at that time required all motions *in limine* challenging the admissibility of an expert to have been field by January 9, 2008.[1] No such motion was filed by that date.

Subsequently, this case was reallotted to this Section of the Court. At that time, the Court issued an Order recognizing that all discovery was closed and the passing of

---
[1] Rec. Doc. 55.

139645.1

the deadlines for amending pleadings and filing pretrial motions, including motions *in limine* regarding the admissibility of expert testimony.[2]

This Court later issued an Order acknowledging the content of its Order (*i.e.*, recognizing that all discovery was closed and the passing of the deadlines for amending pleadings and filing pretrial motions, including motions *in limine* regarding the admissibility of expert testimony)[3] In that Order, the Court also rescinded an inadvertently issued Scheduling Order from a few days earlier containing deadlines relating to discovery and motions.

On July 21, 2008 (*i.e.*, over 6 months after the deadline for filing such a pleading had passed and 1 year and 4 months after Verdigret's report was provided to it), The Hanover Insurance Company ("Hanover") filed its Motion *In Limine* to Strike the Testimony and Expert Report of Bert Verdigets ("Hanover's Motion").[4]

Despite having 10 months in which to do so (*i.e.*, from the March 2, 2007 issuance of Verdigret's report until the January 9, 2008 deadline for filing motions), Hanover failed to timely file its Motion *In Limine*. Accordingly, this Court should strike Hanover's Motion as untimely filed.

---

[2] Rec. Doc. 91 (dated January 17, 2008).

[3] Rec. Doc. 95 (dated February 19, 2008).

[4] Rec. Doc. 134.

Respectfully submitted,

/s/ Peter J Butler
Peter J Butler (Bar #3731)
**PETER J BUTLER, L.L.C.**
2000 Belle Chasse Highway, Third Floor
Gretna, Louisiana 70056
Telephone: (504) 433-9350
Facsimile: (504) 433-9538

AND

Peter J Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile: (504) 584-5452

*Counsel Meadowcrest Living Center, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Peter J. Butler